## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MIRIAM SZWARCSZTEJN,

    Plaintiff,

v.                                Case No: 8:15-cv-1675-T-30TBM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____

### ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal (Dkt. #19). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of March, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record